UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN COOPER,<br><br>    Petitioner,<br><br>        v.<br><br>RON DAVIS, Warden,<br><br>    Respondent. | Case No. 20-03253 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  _September 14, 2020__

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\EJD\HC.20\03253Cooper_judgment.docx